**E-Filed 12/17/2009**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARYANNE KHOO, | Case Number C 09-5352 JF |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| CAC FINANCIAL CORPORATION, | |
| Defendant. | |

The Court has been advised that the parties have agreed to a settlement of this case.

IT IS HEREBY ORDERED that the case be dismissed with prejudice. However, if any party notifies the Court within ninety days of the date of this order that the agreed consideration for said settlement has not been delivered, this order will be vacated and the case will be restored to the calendar to be set for trial.

All hearings and/or trial dates set in this matter are VACATED.

Dated:  December 16, 2009

_____
JEREMY FOGEL
United States District Judge

Case No. C 09-5352 JF
ORDER OF DISMISSAL
(JFLC2)